UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIAM KANG,<br>           Plaintiff,<br>  v.<br>SCOTT KERNAN, et al.,<br>           Defendants. | Case No. CV 18-6841 FMO (SS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\
\\
\\
\\

1 | IT IS ORDERED that Judgment shall be entered dismissing this
2 | action with prejudice.
3 |
4 | IT IS FURTHER ORDERED that the Clerk serve copies of this
5 | Order and the Judgment herein on Plaintiff at his current address
6 | of record.
7 |
8 | LET JUDGMENT BE ENTERED ACCORDINGLY.
9 |
10 | DATED: October 4, 2018
11 |
12 |                                              /s/
                                      FERNANDO M. OLGUIN
                                      UNITED STATES DISTRICT JUDGE
13 |